NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF VIRGINIA PATENT FOUNDATION,**
*Appellant*

**v.**

**GENERAL ELECTRIC COMPANY,**
*Appellee*

---

2017-2467, 2018-1211

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00357, IPR2016-00358.

---

## JUDGMENT

---

JOSEPH F. DEPUMPO, Shore Chan DePumpo LLP, Dallas, TX, argued for appellant. Also represented by RUSSELL J. DEPALMA, ARI RAFILSON.

DAVID THOMAS POLLOCK, Reed Smith LLP, San Francisco, CA, argued for appellee. Also represented by BRIAN D. ROCHE, Chicago, IL; JAMES CHRISTOPHER MARTIN, Pittsburgh, PA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court